JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CHO, an individual,<br>Plaintiff,<br>v.<br>SHRINERS HOSPITALS FOR CHILDREN, a non-profit Corporation; and DOES 1-20, inclusive,<br>Defendants. | CASE NO. 2:25-cv-09434-RGK-SK<br>*[Assigned to the Hon. R. Gary Klausner]*<br>**~~[PROPOSED]~~ JUDGMENT**<br>Action Filed: August 29, 2025<br>Removal Date: October 3, 2025<br>FAC Filed: January 30, 2026 |

The Court, having granted Defendant Shriners Hospitals for Children's Motion for Summary Judgment in its entirety by Minute Order dated September 1, 2026 (ECF No. 103), and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Plaintiff Robert Cho shall take nothing by way of his Complaint;

2. Judgment is entered in favor of Defendant Shriners Hospitals for Children and against Plaintiff Robert Cho on all claims asserted in this action;

3. Defendant Shriners Hospitals for Children shall recover costs of suit from Plaintiff Robert Cho in an amount pursuant to an Application to Clerk to Tax Costs (L.R. 54-2.1); and

4. This action is dismissed with prejudice. This Judgment disposes of all claims and all parties in this action.

**IT IS SO ORDERED.**

DATED: 9/8/2026

Gary Klausner

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT
COURT JUDGE